UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| TEDDY OGLE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No.: 3:20-CV-39-PLR-DCP |
| MICHAEL PARRIS, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, the instant petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Further, it is **CERTIFIED** that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. See Fed. R. App. P. 24.

**SO ORDERED**.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
**CLERK OF COURT**